UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYEISHA M. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA SUPREME COURT,<br><br>　　　　Defendant. | Case No. 23-cv-02253-AMO<br><br>**ORDER DENYING PENDING MOTIONS**<br><br>Re: Dkt. Nos. 16, 17 |

　　　　Before the Court are two pending motions from pro se Plaintiff Myeisha M. Edwards. These motions include a Supplemental Information Motion (ECF 16) and a Motion to Enforce Judgment (ECF 17). These motions follow the Court's August 14, 2023 order (ECF 9) screening the Amended Complaint, dismissing it for failure to state a claim, and giving Edwards until September 14, 2023, to file a second amended complaint.

　　　　Edwards's recent filings are procedurally defective. Before she may pursue enforcement of a judgment, a plaintiff must properly serve the summons and the complaint on the defendant. *See* Fed. R. Civ. P. 4; Fed. R. Civ. P. 55. The docket shows that a summons has not yet been issued. Moreover, the Court dismissed the amended complaint and granted Edwards leave to file a second amended complaint. ECF 9. Edwards has filed no further amended complaint, and thus, the Court has not issued any summonses. Because no summons or complaint have been served or could have been served, the Court hereby **DENIES** the two pending motions as procedurally improper.

　　　　In light of the liberal standard governing leave to amend pleadings under Federal Rule of Civil Procedure 15 as well as the interest of granting pro se litigants the benefit of the doubt, the Court hereby grants Edwards another opportunity to submit a second amended complaint.

**Edwards must file a second amended complaint on or before December 7, 2023.** If Edwards fails to satisfy this deadline, the Court will dismiss the case with prejudice.

The Court further **ADVISES** Edwards that the Court makes available a guide for pro se litigants titled Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of a pro se plaintiff's case such as this, including discovery, motions, and trial. *See* https://www.cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020ed_links_12-2021_MBB.pdf (also available in hard copy free of charge from the Clerk of Court's Office). The Court additionally has a webpage with resources for pro se litigants: https://www.cand.uscourts.gov/pro-se-litigants/. Additionally, Edwards may wish to contact the Legal Help Center, available by phone at 415-782-8982 or email fedpro@sfbar.org, for a free appointment with a volunteer who may be able to provide basic legal help, but not legal representation, regarding this case.

**IT IS SO ORDERED.**

Dated: November 7, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2