UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYEISHA M. EDWARDS,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA SUPREME COURT,<br><br>        Defendant. | Case No. 23-cv-02253-AMO<br><br>**ORDER TO CEASE CONTACT WITH "PROPOSED ORDER" EMAIL ADDRESS** |

The Court is informed that Plaintiff Myeisha M. Edwards continues to send various materials and messages to the "proposed order" inbox at amopo@cand.uscourts.gov. The "proposed order" email address is intended only for the submission of proposed orders related to papers filed on the record. Edwards and other litigants are not permitted to communicate with the Court through that email address. The Clerk shall disregard the materials and messages Edwards has sent to that email address.

In light of Edwards's excessive and improper use of that email address, the Court ORDERS Edwards to cease all communication with amopo@cand.uscourts.gov. The Court hereby relieves Edwards from the obligations to submit proposed orders and chambers copies. Any documents that Edwards wishes to submit to the Court must be filed on the public record through the Clerk's Office. If Edwards continues to send emails to the proposed order inbox, the Clerk shall notify the Court of any such noncompliance and otherwise disregard any such emails, and Edwards's email address may be blocked from that address.

**IT IS SO ORDERED.**

Dated: February 6, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**