UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYEISHA M. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA SUPREME COURT,<br><br>　　　　Defendant. | Case No. 23-cv-02253-AMO<br><br>**JUDGMENT** |

　　On April 4, 2024, the Court dismissed Plaintiff Myeisha M. Edwards's Second Amended Complaint with prejudice pursuant to Title 28 U.S.C. 1915(e). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

　　**IT IS SO ORDERED.**

Dated: April 4, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
　　　　　　　　　　　　　　　　　　**United States District Judge**